**BURSOR & FISHER, P.A.**
Philip L. Fraietta (State Bar No. 354768)
50 Main Street, Suite 475
White Plains, NY 10606
Tel: (914) 874-0710
Fax: (914) 206-3656
E-Mail: pfraietta@bursor.com

Stephen A. Beck (admitted *pro hac vice*)
701 Brickell Ave., Suite 2100
Miami, FL 33131
Tel: (305) 330-5512
Fax: (305) 679-9006
Email: sbeck@bursor.com

*Counsel for Plaintiff*

**BROWNSTEIN HYATT FARBER SCHRECK, LLP**
Jonathan C. Sandler (State Bar No. 227532)
jsandler@bhfs.com
Alexander R. Wolfe (State Bar No. 339396)
awolfe@bhfs.com
2029 Century Park East, Suite 950
Los Angeles, California 90067-2918
Telephone: (310) 500-4600
Facsimile: (310) 500-4602

*Counsel for Defendant*
NELNET SERVICING, LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

PETER ZOCCO, individually and on behalf of all others similarly situated,

Plaintiff,

v.

NELNET SERVICING, LLC,

Defendant.

Case No. 5:25-cv-04470-NW

**JOINT STIPULATION AND [PROPOSED] ORDER TO WITHDRAW DEFENDANT'S MOTION TO DISMISS WITHOUT PREJUDICE AND STAY CASE DEADLINES PENDING MEDIATION**

Judge: Hon. Noël Wise

Pursuant to Northern District of California Local Rules 6-1 and 6-2 and this Court's April 23, 2026 Order (ECF No. 46), Plaintiff PETER ZOCCO ("Plaintiff") and Defendant NELNET SERVICING, LLC, ("Defendant") (together with Plaintiff, the "Parties"), by and through their undersigned counsel, stipulate as follows:

WHEREAS, Plaintiff filed the Complaint in this case on May 27, 2025 (ECF No. 1), and served the Complaint on Defendant via Waiver of Service on May 29, 2025 (ECF No. 3);

WHEREAS, Defendant filed a Motion to Dismiss on September 12, 2025 (ECF No. 19);

WHEREAS, Plaintiff filed his Opposition to Defendant's Motion to Dismiss on October 3, 2025 (ECF No. 26);

WHEREAS, Defendant filed its Reply to Plaintiff's Opposition to Defendant's Motion to Dismiss on October 17, 2025 (ECF No. 28);

WHEREAS, the Court issued its Order granting in part and denying in part Defendant's Motion to Dismiss on January 29, 2026;

WHEREAS, Plaintiff filed the First Amended Complaint in this case on February 19, 2026 (ECF No. 38);

WHEREAS, Defendant filed a Motion to Dismiss Plaintiff's First Amended Complaint ("Motion") on March 26, 2026 (ECF No. 42);

WHEREAS, Plaintiff filed his Opposition to Defendant's Motion on April 9, 2026 (ECF No. 43);

WHEREAS, Defendant filed its Reply to Plaintiff's Opposition to Defendant's Motion on April 16, 2026 (ECF No. 44);

WHEREAS, the Court's hearing on Defendant's Motion is currently set for June 17, 2026 at 9:00 a.m.;

WHEREAS, the Parties have scheduled a mediation before the Honorable Diane Welsh (Ret.) on July 16, 2026, to attempt to resolve this matter in good faith;

WHEREAS, on April 22, 2026 the Parties filed a Joint Stipulation to Stay Case Deadlines pending the outcome of their July 16, 2026 mediation (ECF No. 45);

WHEREAS, on April 23, 2026, the Court denied the Parties Joint Stipulation without prejudice pending the Parties agreement to withdraw Defendant's pending Motion to Dismiss (ECF No. 46);

WHEREAS, the Parties have conferred and agree that Defendant's Motion to Dismiss shall be withdrawn without prejudice;

WHEREAS, Defendant reserves the right to refile its Motion after the conclusion of the Parties' July 16, 2026 mediation;

WHEREAS, the Parties agree that a temporary stay of proceedings will promote judicial efficiency and conserve the resources of both the Court and the Parties;

WHEREAS, the Parties conferred and agree, subject to Court approval, and are stipulating to stay deadlines in the present action until completion of the mediation currently scheduled for July 16, 2026.

NOW THEREFORE, the Parties respectfully request this Court enter an Order: (1) withdrawing Defendant's Motion to Dismiss the First Amended Complaint without prejudice; (2) staying all proceedings until July 23, 2026; and (3) vacating the hearing currently set for June 17, 2026 on Defendant's Motion to Dismiss the First Amended Complaint pending the outcome of the Parties' mediation, or until further order by the Court. The Parties further propose submitting a joint status report on or before July 23, 2026, to inform the Court of the status of their mediation.

Dated: May 6, 2026

Respectfully submitted,

**BURSOR & FISHER, P.A.**

By: *___/s/ Philip L. Fraietta___*
Philip L. Fraietta

Philip L. Fraietta (State Bar No. 354768)
50 Main Street, Suite 475 354768
White Plains, NY 10606
Tel: (914) 874-0710
Fax: (914) 206-3656
E-Mail: pfraietta@bursor.com

Stephen A. Beck (admitted *pro hac vice*)
701 Brickell Ave., Suite 2100

Miami, FL 33131
Tel: (305) 330-5512
Fax: (305) 679-9006
Email: sbeck@bursor.com

*Counsel for Plaintiff*

Dated: May 6, 2026

**BROWNSTEIN HYATT FARBER SCHRECK LLP**

By: /s/ Jonathan C. Sandler
Jonathan C. Sandler

Jonathan C. Sandler (State Bar No. 227532)
jsandler@bhfs.com
Alexander R. Wolfe (State Bar No. 339396)
awolfe@bhfs.com
2029 Century Park East, Suite 950
Los Angeles, California 90067-2918
Telephone: (310) 500-4600
Facsimile: (310) 500-4602

*Counsel for Defendant*

**ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), counsel for Plaintiff Peter Zocco attests that counsel for Defendant, whose electronic signature appears above, has concurred in the filing of this Joint Stipulation to Stay Case Deadlines.

Dated: May 6, 2026.

**BURSOR & FISHER, P.A.**

By: *\/s/ Philip L. Fraietta*
Philip L. Fraietta

Philip L. Fraietta (State Bar No. 354768)
50 Main Street, Suite 475
White Plains, NY 10606
Tel.: (914) 874-0710
Fax: (914) 206 3656
E-Mail: pfraietta@bursor.com

*Counsel for Plaintiff*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PETER ZOCCO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NELNET SERVICING, LLC,<br><br>Defendant. | Case No. 5:25-cv-04470-NW<br><br>**[PROPOSED] ORDER TO WITHDRAW DEFENDANT'S MOTION TO DISMISS WITHOUT PREJUDICE AND STAY CASE DEADLINES PENDING MEDIATION**<br><br>Judge: Hon. Noël Wise |

Upon review of the foregoing stipulation, and finding good cause for the same, the Court hereby orders as follows: Defendant's Motion to Dismiss First Amended Complaint is hereby withdrawn, without prejudice, and all forthcoming deadlines in the above-captioned action are STAYED until July 23, 2026. Accordingly, the hearing set for June 17, 2026, is vacated pending the outcome of the Parties' mediation. If this Matter is not resolved by July 23, 2026, the Parties shall file a Joint Status Report no later than July 23, 2026.

**IT IS SO ORDERED**

Dated: May _____, 2026

________________________________
The Honorable Noël Wise
U.S. District Judge