**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PETER ZOCCO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NELNET SERVICING, LLC,<br><br>Defendant. | Case No. 5:25-cv-04470-NW<br><br>**~~[PROPOSED]~~ ORDER TO WITHDRAW DEFENDANT'S MOTION TO DISMISS WITHOUT PREJUDICE AND STAY CASE DEADLINES PENDING MEDIATION**<br><br>Judge: Hon. Noël Wise |

Upon review of the foregoing stipulation, and finding good cause for the same, the Court hereby orders as follows: Defendant's Motion to Dismiss First Amended Complaint is hereby withdrawn, without prejudice, and all forthcoming deadlines in the above-captioned action are STAYED until July 23, 2026. Accordingly, the hearing set for June 17, 2026, is vacated pending the outcome of the Parties' mediation. ~~If this Matter is not resolved by July 23, 2026~~, the Parties shall file a Joint Status Report no later than July 23, 2026.

**IT IS SO ORDERED.**

Dated: May 11, 2026

The Honorable Noël Wise
U.S. District Judge