**BURSOR & FISHER, P.A.**
Philip L. Fraietta (State Bar No. 354768)
50 Main Street, Suite 475
White Plains, NY 10606
Tel: (914) 874-0710
Fax: (914) 206-3656
E-Mail: pfraietta@bursor.com

Stephen A. Beck (admitted *pro hac vice*)
701 Brickell Ave., Suite 2100
Miami, FL 33131
Tel: (305) 330-5512
Fax: (305) 679-9006
Email: sbeck@bursor.com

*Counsel for Plaintiff*

**BROWNSTEIN HYATT FARBER SCHRECK, LLP**
Jonathan C. Sandler (State Bar No. 227532)
jsandler@bhfs.com
Alexander R. Wolfe (State Bar No. 339396)
awolfe@bhfs.com
2029 Century Park East, Suite 950
Los Angeles, California 90067-2918
Telephone: (310) 500-4600
Facsimile: (310) 500-4602

*Counsel for Defendant*
NELNET SERVICING, LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

PETER ZOCCO, individually and on behalf of all others similarly situated,

Plaintiff,

v.

NELNET SERVICING, LLC,

Defendant.

Case No. 5:25-cv-04470-NW

**JOINT STIPULATION AND [PROPOSED] ORDER TO STAY CASE UNTIL NOVEMBER 25, 2026**

Judge: Hon. Noël Wise

Pursuant to Northern District of California Local Rules 6-1 and 6-2 and this Court's July 30, 2026 Order (ECF No. 51), Plaintiff PETER ZOCCO ("Plaintiff") and Defendant NELNET SERVICING, LLC, ("Defendant") (together with Plaintiff, the "Parties"), by and through their undersigned counsel, stipulate as follows:

WHEREAS, Plaintiff filed the Complaint in this case on May 27, 2025 (ECF No. 1), and served the Complaint on Defendant via Waiver of Service on May 29, 2025 (ECF No. 3);

WHEREAS, Defendant filed a Motion to Dismiss on September 12, 2025 (ECF No. 19);

WHEREAS, Plaintiff filed his Opposition to Defendant's Motion to Dismiss on October 3, 2025 (ECF No. 26);

WHEREAS, Defendant filed its Reply to Plaintiff's Opposition to Defendant's Motion to Dismiss on October 17, 2025 (ECF No. 28);

WHEREAS, the Court issued its Order granting in part and denying in part Defendant's Motion to Dismiss on January 29, 2026;

WHEREAS, Plaintiff filed the First Amended Complaint in this case on February 19, 2026 (ECF No. 38);

WHEREAS, Defendant filed a Motion to Dismiss Plaintiff's First Amended Complaint ("Motion") on March 26, 2026 (ECF No. 42);

WHEREAS, Plaintiff filed his Opposition to Defendant's Motion on April 9, 2026 (ECF No. 43);

WHEREAS, Defendant filed its Reply to Plaintiff's Opposition to Defendant's Motion on April 16, 2026 (ECF No. 44);

WHEREAS, the Parties had a mediation scheduled before the Honorable Diane Welsh (Ret.) on July 16, 2026, to attempt to resolve this matter in good faith, but the mediation had to be continued until November 18, 2026;

WHEREAS, the Parties filed a Joint Statement (ECF No. 50) in which the requested that the Court stay all proceedings until November 25, 2026 and this Court issued an Order offering the Parties the opportunity to submit a stipulation to that effect (ECF No. 51);

WHEREAS, the Parties agree that a temporary stay of proceedings will promote judicial efficiency and conserve the resources of both the Court and the Parties;

WHEREAS, the Parties conferred and agree, subject to Court approval, and are stipulating to stay deadlines in the present action until completion of the mediation currently scheduled for November 18, 2026 and to stay the entire case until November 25, 2026.

NOW THEREFORE, the Parties respectfully request this Court enter an Order staying the case and all proceedings until November 25, 2026. The Parties further propose submitting a joint status report on or before November 25, 2026, to inform the Court of the status of their mediation.

Dated: August 3, 2026

Respectfully submitted,

**BURSOR & FISHER, P.A.**

By: *_/s/ Philip L. Fraietta_*
Philip L. Fraietta

Philip L. Fraietta (State Bar No. 354768)
50 Main Street, Suite 475 354768
White Plains, NY 10606
Tel: (914) 874-0710
Fax: (914) 206-3656
E-Mail: pfraietta@bursor.com

Stephen A. Beck (admitted *pro hac vice*)
701 Brickell Ave., Suite 2100
Miami, FL 33131
Tel: (305) 330-5512
Fax: (305) 679-9006
Email: sbeck@bursor.com

*Counsel for Plaintiff*

Dated: August 3, 2026

**BROWNSTEIN HYATT FARBER SCHRECK LLP**

By: *_/s/ Jonathan C. Sandler_*
Jonathan C. Sandler

Jonathan C. Sandler (State Bar No. 227532)
jsandler@bhfs.com
Alexander R. Wolfe (State Bar No. 339396)
awolfe@bhfs.com
2029 Century Park East, Suite 950
Los Angeles, California 90067-2918
Telephone: (310) 500-4600
Facsimile: (310) 500-4602

*Counsel for Defendant*

**ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), counsel for Plaintiff Peter Zocco attests that counsel for Defendant, whose electronic signature appears above, has concurred in the filing of this Joint Stipulation to Stay Case Deadlines.

Dated: August 3, 2026.

**BURSOR & FISHER, P.A.**

By: /s/ *Philip L. Fraietta*
Philip L. Fraietta

Philip L. Fraietta (State Bar No. 354768)
50 Main Street, Suite 475
White Plains, NY 10606
Tel.: (914) 874-0710
Fax: (914) 206 3656
E-Mail: pfraietta@bursor.com

*Counsel for Plaintiff*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PETER ZOCCO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NELNET SERVICING, LLC,<br><br>Defendant. | Case No. 5:25-cv-04470-NW<br><br>**[PROPOSED] ORDER TO WITHDRAW DEFENDANT'S MOTION TO DISMISS WITHOUT PREJUDICE AND STAY CASE DEADLINES PENDING MEDIATION**<br><br>Judge: Hon. Noël Wise |

Upon review of the foregoing stipulation, and finding good cause for the same, the Court hereby orders as follows: All forthcoming deadlines in the above-captioned action are STAYED until November 25, 2026. The Parties shall file a Joint Status Report no later than November 25, 2026.

**IT IS SO ORDERED**

Dated: August _____, 2026

______________________________
The Honorable Noël Wise
U.S. District Judge